UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00491

**Jesus Encarnacion Orona,**
*Plaintiff,*

v.

**Gregg County Jail et al.,**
*Defendants.*

# ORDER

Plaintiff Jesus Orona, a former inmate of Gregg County Jail proceeding pro se, filed this action under 42 U.S.C. § 1983. Doc. 8. The case was referred to a magistrate judge, Doc. 2, who issued a report and recommendation. Doc. 13. The report concluded that plaintiff's case should be dismissed without prejudice for plaintiff's failure to prosecute his case. *Id.* at 2.

The court mailed a copy of the report to plaintiff at his last-known address. The mail was returned to the court as undeliverable with a note that plaintiff is not located at that jail. Doc. 14. In the seven months since the report was issued, plaintiff has not objected to the report or otherwise communicated with the court.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Plaintiff's case is dismissed without prejudice for failure to prosecute. The statute of limitations is suspended for a period of thirty days from the date of final judgment. *See Campbell v. Wilkinson*, 988 F.3d 798, 801 n.1 (5th Cir. 2021) (explaining that "where further litigation of a claim will be time-barred, a dismissal without prejudice is no less severe a sanction than a dismissal with prejudice") (cleaned up). Any pending motions are denied as moot.

*So ordered by the court on October 29, 2025.*

_____
J. CAMPBELL BARKER
United States District Judge