UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00491

**Jesus Encarnacion Orona,**
*Plaintiff,*

v.

**Gregg County Jail et al.,**
*Defendants.*

# FINAL JUDGMENT

The court, having issued its decision by separate order, enters judgment that all claims in this matter are dismissed without prejudice. The clerk of court is directed to close the case.

*So ordered by the court on October 29, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -